UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DONALD H. MILLER and MARCIA MILLER,<br><br>  Plaintiffs,<br><br>v.<br><br>SOUTHERN PACIFIC RAILROAD; H.B. FULLER; CELANESE INTERNATIONAL CORP.; UNION PACIFIC RAILROAD and DOES 1 through 50, inclusive,<br><br>  Defendants. | No. 2:06 CV-00377 FCD PAN (JFM)<br><br>NOTICE OF STIPULATION TO AMEND DEADLINE TO EXCHANGE EXPERT WITNESS INFORMATION AND] ORDER<br><br>First Am. Complaint Filed: April 6, 2005 |

PLEASE TAKE NOTICE that all parties to the above action hereby formally stipulate, agree, and approve the following changes to the deadline by which to exchange and expert witness information as prescribed by this Court's Pre-Trial Order dated July 7, 2006[1]:

Exchange of Expert Witness Information and Reports        February 12, 2007

Supplemental Exchange of Expert Witness Information       March 2, 2007

Expert Discovery Cut-Off                                  April 2, 2007

---

[1] Please note that this Stipulation is necessary, thus good cause exists, as the parties wish to conclude discovery that properly commenced before the discovery cut-off of December 29, 2006. This will afford the parties an opportunity to fully examine whether certain experts are necessary in this action which will save both time and money for all involved.

This stipulation does not alter any parties' obligations under Federal Rules of Civil Procedure, including but not limited to Federal Rule of Civil Procedure 26(a).

IT IS SO STIPULATED

DATED: January 8, 2007                ANDRUS & ASSOCIATES

By:   /s/ Randy Andrus (approved on 1/4/07)
   RANDY ANDRUS
   Attorneys for Plaintiffs
   DONALD MILLER and MARCIA MILLER

DATED: January 8, 2007                UNION PACIFIC RAILROAD COMPANY

By:   /s/ William H. Pohle (approved 1/4/07)
   WILLIAM H. POHLE, JR.
   Attorneys for Defendant UNION PACIFIC
   RAILROAD COMPANY.

DATED: January 8, 2007                BURNHAM BROWN

By:   /s/ Allyson Cook
   ALLYSON E. COOK
   Attorneys for Defendant
   CELANESE LTD. (sued erroneously herein as
   CELANESE INTERNATIONAL CORP.)

**ORDER**

IT IS SO ORDERED

Dated: January 11, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE