1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DONALD H. MILLER and MARCIA MILLER,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN PACIFIC RAILROAD; H.B. FULLER; CELANESE INTERNATIONAL CORP.; UNION PACIFIC RAILROAD and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 2:06 CV-00377 FCD PAN (JFM)<br><br>NOTICE OF STIPULATION TO AMEND DEADLINE SET FORTH IN THIS COURT'S PRE-TRIAL/SCHEDULING ORDER AND ORDER<br><br>First Am. Complaint Filed:  April 6, 2005<br><br>**"AS MODIFIED"** |

PLEASE TAKE NOTICE that all parties to the above action hereby formally stipulate, agree, and approve the following changes to this Court's Pre-Trial Order dated July 7, 2006:

**Percipient Witness/Party Depositions Deadline:   March 15, 2007**

The parties wish to extend this deadline (originally December 29, 2006) so that they can complete witness depositions (including Plaintiff's depositions and the person most knowledgeable from Celanese along with Plaintiff's document request set forth in such notice) noticed prior to the discovery deadline.  Though Celanese objected to Plaintiff's document request set forth in its Deposition Notice for the Person Most Knowledgeable in order to protect its interests, Celanese will search for documents that are responsive to the deposition notice and

will meet and confer with Plaintiff's counsel over Celanese's document production. The extension of the deadline also allows the parties to bring motions to compel, if necessary in compliance with the Court's Order, Federal Rules of Civil Procedure and local rules. This agreement by no way re-opens the deadline for written discovery and simply allows the parties additional time to complete party and witness depositions already noticed. Good cause exists as the parties were unable to complete these depositions prior to the discovery deadline due to the deponent's unavailability on the scheduled date and time.

**Doctors' Depositions Deadlines:**                               **March 31, 2007**

Again, extending this deadline will allow the parties additional time to complete Plaintiff Donald Miller's treating physician depositions that were noticed by Celanese on December 4, 2006. Furthermore, it will allow the depositions of treating physicians identified in medical records recently received by Celanese. Though Celanese subpoenaed Plaintiff's medical records on October 6, 2006, after receiving Plaintiff's initial disclosures, many of the facilities failed to comply with the subpoenas in a timely manner. In fact, as of today Celanese is not in receipt of all of Plaintiff's medical records.

**Expert Discovery Deadlines:**

    Expert Disclosures:            March 19, 2007

    Supplemental Disclosures:    April 2, 2007

    Expert Discovery Cut-Off:    May 21, 2007

Though the parties already stipulated to a continuance of this deadline, due to this new proposed discovery schedule, the parties wish to have expert discovery continued to allow the parties sufficient time to retain necessary experts. Good cause exists, as the parties wish to conclude discovery that was properly noticed before the discovery cut-off of December 29, 2006 but has yet to go forward due to witness unavailability. This extension will afford the parties an opportunity to fully examine whether certain experts are necessary in this action which will save both time and money for all involved. This stipulation does not alter any parties' obligations under Federal Rules of Civil Procedure, including but not limited to Federal Rule of Civil Procedure 26(a).

**Dispositive Motion Hearing Deadline:**     **July 18, 2007**

    Good cause exists to extend this deadline so that the parties may complete non-expert and expert discovery prior to the deadline for filing and serving dispositive motions.

**Pre-Trial Conference:**     **August 20, 2007 (originally 7/25/07)**

    Good cause exists to extend the date for this Pre-Trial Conference in order for the parties to complete discovery and for this Court to hear dispositive motions.

    IT IS SO STIPULATED

DATED: January 23, 2007    ANDRUS & ASSOCIATES

By:   /s/ Randy Andrus (approved on 1/31/07)
    RANDY ANDRUS
    Attorneys for Plaintiffs
    DONALD MILLER and MARCIA MILLER

DATED: January 23, 2007    UNION PACIFIC RAILROAD COMPANY

By:   /s/ William H. Pohle (approved on 1/25/07 )
    WILLIAM H. POHLE, JR.
    Attorneys for Defendant UNION PACIFIC
    RAILROAD COMPANY.

DATED: January 23, 2007    BURNHAM BROWN

By:   /s/ Allyson Cook
    ALLYSON E. COOK
    Attorneys for Defendant
    CELANESE LTD. (sued erroneously herein as
    CELANESE INTERNATIONAL CORP.)

///

///

///

///

**ORDER**

The court adopts the stipulation of the parties relating to discovery and the completion of the depositions. In light of the extension of discovery all remaining dates set in the court's July 7, 2007 Pretrial Scheduling Order shall be reset. The new schedule is as follows:

| | |
|---|---|
| Percipient Witness/Party Depositions Deadline: | March 15, 2007 |
| Doctors' Depositions Deadlines: | March 31, 2007 |
| Expert Discovery Deadlines: | |
|     Expert Disclosures: | March 19, 2007 |
|     Supplemental Disclosures: | April 2, 2007 |
|     Expert Discovery Cut-Off: | May 21, 2007 |
| Dispositive Motion Hearing Deadline: | July 27, 2007 |
| Pre-Trial Conference: | September 28, 2007 at 3:30 p.m. |
| Jury Trial: | November 27, 2007 at 9:00 a.m. |

DATED: February 1, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE