1  ADRIAN L. RANDOLPH, ESQ. (SBN: 133577)
2  **WILLIAM H. POHLE JR., ESQ. (SBN: 43043)**
   UNION PACIFIC RAILROAD COMPANY
3  Law Department
   10031 Foothills Boulevard, Suite 200
4  Roseville, CA  95747

5  General:    916-789-6400
   **Direct:    916-789-6220**
6  Fax:        916-789-6227

7  Attorneys for Defendants
   UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MILLER,<br>       Plaintiff,<br>   vs.<br>SOUTHERN PACIFIC RAILROAD; H.B. FULLER; CELANESE INTERNATIONAL CORPORATION, and DOES 1-50, inclusive,<br>       Defendants. | Case No.: 06 CV 00377 FCD EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT UNION PACIFIC RAILROAD COMPANY** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their respective counsel, that Defendant Union Pacific Railroad Company (sued herein as Southern Pacific Railroad) in above-entitled action may be dismissed without prejudice, each party to pay his or its own costs and attorney's fees, and each of the parties do hereby join together and respectfully move the Court to enter an Order in accordance with the terms of this Stipulation.

Dated:  February ___, 2007         ANDRUS & ASSOCIATES


                                   By:_____
                                       RANDY ANDRUS
                                       Attorneys for Plaintiffs
                                       DONALD MILLER and MARCIA MILLER

-1-

Dated: February ___, 2007

ADRIAN L. RANDOLPH, ESQ.
WILLIAM H. POHLE JR.

By:_____
    WILLIAM H. POHLE JR.
    Attorneys for Defendant
    UNION PACIFIC RAILROAD COMPANY

Dated: February ___, 2007

BURNHAM BROWN

By:_____
    ALLYSON E. COOK
    Attorneys for Defendants
    CELANESE LTD. (sued erroneously
    herein as CELANESE INTERNATIONAL
    CORP.)

**ORDER OF DISMISSAL**

The Court having review the Stipulation for Dismissal of Defendant Union Pacific Railroad Company submitted by the parties in the above referenced action, IT IS HEREBY ORDERED that Defendant Union Pacific Railroad Company is hereby dismissed without prejudice, each party to pay his or its own costs.

Dated this 13th day of April, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE