Richard J. Finn, State Bar No. 099659
Allyson E. Cook, State Bar No. 227214
Aimee G. Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666

Attorneys for Defendant
CELANESE LTD. (sued erroneously as CELANESE
INTERNATIONAL CORP.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DONALD H. MILLER and MARCIA MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN PACIFIC RAILROAD; H.B. FULLER; CELANESE INTERNATIONAL CORP.; UNION PACIFIC RAILROAD and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:06 CV-00377 FCD EFB<br><br>**ORDER GRANTING DEFENDANT CELANESE LTD.'S EX PARTE**<br><br>First Am. Complaint Filed:  April 6, 2005 |

The court is in receipt of the *ex parte* application of Defendant CELANESE, LTD. ("Celanese") for an Order Shortening Time to Notice Motion to Modify the Scheduling Order. After consideration of the briefing presented to the Court, IT IS HEREBY ORDERED that: Defendant Celanese's Application for an Order Shortening Time is GRANTED.  Defendant Celanese's Motion to Modify the Scheduling Order will be heard on Friday, May 11, 2007 in Courtroom #2 at 10:00 a.m.  Opposition papers are due by May 4, 2007 and reply papers due by May 8, 2007.

DATED: April 30, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1