Randy M. Andrus, Esq. (116745)
Kevin P. Hall, Esq. (227359)
**ANDRUS & ASSOCIATES**
620 Coolidge Drive, Suite 165
Folsom, California 95630
Telephone: (916) 608-9090

Attorneys for Plaintiffs
**DONALD H. MILLER** and **MARCIA MILLER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD H. MILLER** and **MARCIA MILLER**, <br><br> Plaintiffs, <br><br> v. <br><br> **SOUTHERN PACIFIC RAILROAD; H.B. FULLER; CELANESE INTERNATIONAL CORP; UNIONPACIFIC RAILROAD;** and **DOES** 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: : 2:06 CV-00377 FCD EFB <br><br> **STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT HEARING** <br><br><br> DATE:  July 27, 2007 <br> TIME:  9:00 a.m. <br> JUDGE: Hon. Frank C. Damrell, Jr. |

**IT IS STIPULATED** by the parties through their respective attorneys that the Summary Judgment Hearing, currently set for July 27, 2007, 9:00 a.m. with the Honorable Judge, Frank C. Damrell, Jr. be continued to August 10, 2007.

**IT IS FURTHER STIPULATED** by the parties through their respective attorneys that the Court's Pre-Trial Scheduling order shall be modified as follows: Last Day for dispositive motions shall be extended from July 27, 2007 to August 10, 2007 for the purposes of hearing Defendant's Motion for Summary Judgment or in the alternative Summary Adjudication only.

1

**STIPULATION AND ORDER TO CONTINUE SUMMARY JUDGMENT HEARING**

**IT IS SO STIPULATED.**

**DATED:** July ____, 2007        **ANDRUS & ASSOCIATES**

BY: _____
**KEVIN P. HALL, ESQ.**
Attorney for Plaintiffs
**DONALD H. MILLER** and **MARCIA MILLER**

**DATED:** July ____, 2007        **BURNHAM BROWN**

BY: _____
**ALLYSON E. COOK, ESQ.**
Attorney for Defendants

### **ORDER**

**IT IS SO ORDERED** based upon the stipulation of the parties.

DATED: July 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE